AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

<table>
<tr><td>LODGED<br>CLERK, U.S. DISTRICT COURT<br>12/06/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____DVE_____ DEPUTY</td><td></td><td>FILED<br>CLERK, U.S. DISTRICT COURT<br>12/06/2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: __mba__ DEPUTY</td></tr>
</table>

# UNITED STATES DISTRICT COURT
for the
Central District of California

United States of America

v.

JOHN DOE, a.k.a. "Petr Vlk,"

Defendant.

Case No.  8:21-mj-00815-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of March 2021, in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |

This criminal complaint is based on these facts:

  Please see attached affidavit.

☒ Continued on the attached sheet.

/s/ Thuan Ngo
*Complainant's signature*

Thuan Ngo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 6, 2021

*Judge's signature*

Hon. John D. Early, U.S. Magistrate Judge
*Printed name and title*

City and state: Santa Ana, California

AUSA: K. Spencer

**AFFIDAVIT**

I, Thuan Ngo, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), Orange County. I have been employed by the FBI since November 2, 2003, and I am currently assigned to the Los Angeles Division of the FBI, Orange County Resident Agency. I have participated in and received training in various types of investigations, including, but not limited to investigations involving domestic and international terrorism, violent crimes, fraud, gangs, and narcotics investigations. I have performed and continue to perform various duties, including, but not limited to working and directing investigations, coordinating and conducting surveillances, working investigations which involve consensual monitoring, and coordinating undercover operations. Prior to my employment with the FBI, I was a state and county investigator in California and Texas, primarily investigating fraud and abuse committed against elderly and disabled adults, for approximately six years.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint against and arrest warrant for JOHN DOE, also known as "PETR VLK" ("VLK"), for bank fraud in violation of Title 18, United States Code, Section 1344.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and

witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. STATEMENT OF PROBABLE CAUSE

4. Since approximately March 2021, the Irvine Police Department ("IPD") has received numerous reports of skimming devices being installed on Automated Teller Machines ("ATMs") throughout the city of Irvine.

5. Based on my training and experience, as well as conversations with other law enforcement officers, I know that an ATM skimming device, also known as a "card reader", is an electronic device that can be installed at ATM terminals in order to capture the credit cards numbers of customers using the ATM. ATM skimming devices are manually installed at walk-up or drive-thru ATM terminals. The card readers are surreptitiously inserted into the ATM card slots, and are often thin enough to go unnoticed to a lay person using an ATM. In addition to the card reader, another device is installed to obtain the PIN number. This device is often a covert camera that captures customers entering their PIN number.

6. An ATM skimming device is typically installed for a specified period of time, after which the subjects who installed the device will return to the ATM and remove it. Once the

device is removed, the customer credit card numbers and PIN numbers are retrieved from the device and camera. The card numbers are then loaded on to blank cards so the perpetrators can travel to ATMs and fraudulently withdraw funds from victim customer accounts. These fraudulent withdrawals are typically referred to as "cash outs."

7. Since January 2021, the Irvine Police Department ("IPD") has received more than 200 reports by individuals reporting unauthorized balance inquiries or cash withdrawals from their Bank of America accounts. Bank of America is a nationwide bank insured by the Federal Deposit Insurance Corporation. The vast majority of reports have been related to accounts held by Bank of America for benefits issued by the State of California Employment Development Department (EDD), referred to herein as "EDD Accounts".

**March 27, 2021 ATM "Cash Out"**

10. On or about March 29, 2021, victim R.O. called the IPD to report a fraudulent use of his EDD account debit card. R.O. reported that on March 27, 2021, he had withdrawn $50 from his EDD account using a Bank of America ATM located at 14222 Culver Drive in Irvine, California. Later that day, R.O. discovered that an unknown person had withdrawn $800 from his EDD account at the same ATM at approximately 3:50 p.m.

11. On or about September 15, 2021, a Bank of America legal representative provided footage from the ATM surveillance camera located at 14222 Culver Drive from March 27, 2021.

12. IPD Investigator Covarrubias reviewed the surveillance footage, which showed a man, later identified as VLK, approach the ATM at 3:46 p.m. on March 27 and conduct a transaction. In the surveillance video, VLK is wearing a gray facemask with black binding, a black baseball cap, and a white shirt with a colorful Adidas logo. A tattoo reading "I love her" is visible on VLK's right forearm. Based on my knowledge of this case, I believe that this is the same transaction reported by R.O., and that VLK was using a card re-encoded with information from R.O.'s account to fraudulently withdraw $800 from that account.

13. On October 6, 2021, Investigator Covarrubias contacted R.O. via email to see if he recognized the person conducting the transaction. R.O. stated that he did not recognize the person and never gave anyone access to his EDD card information.

**August 4, 2021 ATM Skimming Device Installation**

14. On or about August 4, 2021, IPD officers responded to a Bank of America located at 6356 Irvine Boulevard in Irvine, California following a report of an ATM skimming device that had been found on an ATM at that location. IPD Officer Flores spoke with Gary Kane, an ATM technician, who reported that he had discovered two ATM skimming devices and two cameras installed on side-by-side ATMs in the Bank of America location's lobby while servicing the ATMs that morning.

15. On or about September 14, 2021 Bank of America provided security camera footage to the IPD from the ATM vestibule of the Bank of America located at 6356 Irvine

Boulevard in Irvine, California from the morning of August 4, 2021. I reviewed the security camera footage on November 12, 2021, and observed the following:

    a. At approximately 6:53 a.m., two individuals, identified herein as UNKNOWN SUSPECT 1 and UNKNOWN SUSPECT 2, can be seen entering the branch. UNKNOWN SUSPECT 1 approaches one of the ATMs, while UNKNOWN SUSPECT 2 waits by the entrance to the branch, apparently as a lookout. After a few minutes, UNKNOWN SUSPECT 2 approaches UNKNOWN SUSPECT 1 and hands him an unknown item. UNKNOWN SUSPECT 1 spends approximately six minutes in front of one of the ATMs before ducking down in front of each of the ATMs to examine them, and then leaving the branch.

    b. At approximately 7:15 a.m., a silver Dodge Charger with California license plate number 8WID025 can be seen pulling up to the branch. A third individual, believed to be OSKAR ANDRESEN, enters the branch and approaches one of the ATMs. After using the ATM for approximately two to three minutes, ANDRESEN, too, ducks down to examine each of the ATMs before turning around and leaving the branch. Based on my experience and knowledge of this case, I believe that ANDRESEN was examining the ATMs to ensure that the ATM skimming device has been correctly installed.

**Identification of PETR VLK**

16. On or about September 14, 2021, IPD Investigator Sarah Voigt used the California Department of Vehicles ("CA DMV") database to obtain registration information for the Silver Dodge

Charger.  Investigator Voigt determined that the vehicle was registered to PV Holdings Corporation, which is associated with Avis/Budget car rental services.  Investigator Voigt contacted a representative of Avis/Budget, who informed her on September 17, 2021 that VLK had rented the car on July 25, 2021 using the name PETR VLK and a driver's license from the Czech Republic with the number EH611058.[1]  The Budget/Avis representative also told Investigator Voigt that the vehicle was supposed to have been returned August 25, 2021, but had been reported stolen.

17.  According to an IPD crime report, VLK went to the IPD in person on September 13, 2021 and reported that the Silver Dodge Charger had been stolen on or about September 11, 2021 after he parked it in front of his girlfriend's residence at 556 Cultivate in Irvine, California.  When he made the report, VLK presented a Czech identification card with identification number EH611058, which is the same identification number that was used to rent the Charger.

18.  Investigator Voigt reviewed body worn camera footage from the officer who took VLK's statement and determined that he was the same person whom she had seen on ATM security camera footage from March 27, 2021.

---

[1] On November 23, 2021, I requested information from the FBI Legal Attaché in Prague, Czech Republic regarding PETR VLK in order to identify VLK and determine whether he has any criminal history.  I learned that there is an individual named PETR VLK with a date of birth of January 24, 1978 and an expired passport from the Czech Republic.  However, the photograph of that individual does not match images of the individual identifying himself as PETR VLK in this case.  Based on that, I believe that PETR VLK is not the true name of individual charged in this complaint.

19. I have personally reviewed still photographs from the March 27, 2021 Bank of America security footage and the September 13, 2021 body worn camera footage and believe they do indeed show the same person. In addition to having a similar build and similar facial features, I noticed that on September 13, 2021 VLK had the same tattoo reading "I love her," on his right forearm that had been captured on March 27, 2021 by the Bank of America ATM surveillance camera.

**ADDITIONAL TRANSACTIONS BY VLK**

20. Following the identification of VLK, Investigator Voigt reviewed additional reports of ATM skimming device installations and unauthorized uses of EDD debit cards in Irvine. Investigator Voigt determined that an individual who appeared to be VLK had been captured on security footage from at least six other instances of ATM skimming device installations or EDD card "cash outs" since March 2021, including the following instances:

    a. On or about May 18, 2021, IPD Officers spoke with victim M.C., who reported that on April 6, 2021 she tried to withdraw money from her EDD account. She was unable to withdraw money because Bank of America said she did not have money in her account. She began to monitor her bank statements and noticed several unauthorized transactions, including a withdrawal of $783 on March 27, 2021 from a Capital One ATM located inside a Target store in Irvine, California.

    b. On or about June 8, 2021, IPD Officer Covarrubias reviewed ATM security footage from a Capital One ATM located

inside a Target store at 13200 Jamboree Road in Irvine, California. The security footage shows VLK approach the ATM at approximately 7:18 p.m. and conduct a transaction. In the security footage, VLK is wearing the same gray facemask with black binding, black baseball cap, and white shirt with a colorful Adidas logo that he was wearing in the cash out involving R.O.'s account, which also occurred on March 27, 2021.

   c. Based on my knowledge of this case, I believe VLK was using a card that had been fraudulently re-encoded with M.C.'s account information to withdraw $783 from M.C.'s Bank of America account.

   d. On or about April 5, 2021, victim M.K. called IPD to report a fraudulent use of her EDD card. M.K. reported that she had called Bank of America to check the balance of her EDD account and learned there was only $4.36 remaining in the account, though she believed she was supposed to have approximately $700. M.K. reported that Bank of America informed her that $700 had been withdrawn from her account from an unknown ATM in Irvine at approximately 9:00 a.m. on April 5, 2021.

   e. On August 24, 2021, IPD Officer Vickner reviewed surveillance video footage from a Bank of America ATM located at 14222 Culver Drive in Irvine, California. The video shows VLK approach the ATM and conduct a transaction at approximately 9:07 a.m. on April 5, 2021. VLK is wearing the same gray facemask with black binding and black baseball cap as in the March 27, 2021 surveillance footage referenced above.

  f. Based on my knowledge of this case, I believe VLK was using a card that had been fraudulently re-encoded with M.K.'s account information to withdraw $700 from M.K.'s Bank of America account.

  21. On November 20, 2021, Bank of America fraud investigator Jesse Orozco provided to the IPD security camera footage and stills from additional skimming-related events in Orange County, including footage from a Bank of America ATM located at 32595 Golden Lantern Street in Dana Point, California on October 10, 2021. The footage shows VLK arriving at the ATM in a Black Lincoln Navigator, California License Plate #8UVD154[2] at approximately 12:14 p.m. VLK is not wearing a mask, and is wearing the same black baseball cap from the incidents described above.

  22. In the footage, VLK can be seen reaching into the backseat of the Navigator before stepping out and opening both the front and back driver's side doors (presumably to prevent anyone from seeing what he is doing). VLK then can be seen holding an ATM skimming device, which he attempts to insert into the card reader several times. VLK appears to be unable to insert the device into the card reader. At 12:16 p.m., VLK inserts a gold-colored card with a blue American Express logo into the ATM and conducts a transaction. According to records

---

[2] According to California DMV records, this vehicle is registered to EAN Holdings, which is associated with Enterprise Car Rentals. According to records provided by Enterprise, this vehicle was rented to VLK in September 2021 using a Czech identification number and was due to be returned on October 18, 2021.

provided by Bank of America, this ATM was used to conduct a balance inquiry into Bank of America account number XXXXXXXXXXX7040 belonging to L.A. at 12:16:30 p.m. on October 10, 2021.  Based on my knowledge of this case, I believe VLK was using an American Express prepaid card that had been fraudulently re-encoded with L.A.'s Bank of America account information in order to conduct a balance inquiry.

### IV. CONCLUSION

23.  For all the reasons described above, there is probable cause to believe that PETR VLK violated Title 18, United States Code, Section 1344 (Bank Fraud).

/s/
THUAN NGO, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on this 6th day of December 2021.

HONORABLE JOHN D. EARLY
UNITED STATES MAGISTRATE JUDGE